**AMENDED**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Calvin | Christopher | Scott |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Northern District of Texas | | | |
| Case number | 24-31493-7 | | |
| | (If known) | | |

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ $ 0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... $ 389,679.03
   1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... $ 389,679.03

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $ 70,954.82

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................... $ 42,452.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... + $ 704,958.73

   **Your total liabilities** $ 818,365.55

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........................................................ $ 7,376.63

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................................ $ 6,721.11

Debtor 1    Calvin Scott                       Case number (*if known*) 24-31493-7
       First Name    Middle Name    Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.        $ _____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1: Calvin Christopher Scott

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Texas

Case number (if know): 24-31493-7

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: GMC
   Model: Sierra
   Year: 2024
   Approximate mileage: 190
   Other information:
   Condition: Excellent;

   **Who has an interest in the property?** Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   **Current value of the entire property?** $ 70,954.82
   **Current value of the portion you own?** $ 70,954.82

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........▶  $ 70,954.82

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**

6. **Household goods and furnishings**                                                     Do not deduct secured claims or exemptions.

    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes. Describe...

    | Sectional Couch $300; Table $200; Chairs $400; Drill & Tools $600  |
    | Sofa $600; TV's (2) $200; Pot, Pan & Small Appliances $300; Tools $500 |

    $ 3,100.00

7. **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes. Describe...

    XBox $300;

    $ 300.00

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☒ No
    ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☒ Yes. Describe...

    Remington Gun $870

    $ 870.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☒ No
    ☐ Yes. Describe...

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................................➔      $ 4,270.00

## Part 4: Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................. Cash ..................... $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.................       Institution name:

    17.1. Checking account:    Chase Acc***3193 (Business:International Kids Academy, LLC) Authorized user/ Last known balance as of 11/2023 approx. $32,000.00      $ Unknown

    17.2. Checking account:    Kelly Community FCU Acc****7863    $ 0.00

    17.3. Checking account:    Capital One Acc***6319             $ 326.42

    17.4. Checking account:    Fort Worth Community Acc***280     $ 3,697.73

    17.5. Checking account:    Frost Acc***2695 (Business Checking/ Big God Energy LLC)    $ 1.00

    17.6. Other financial account:   Cash App (Negative Balance)    $ 0.00

    17.7. Other financial account:   Paypal (Negative Balance)      $ 0.00

    17.8. Other financial account:   Tastytrade                     $ 0.01

    17.9. Other financial account:   Webull                         $ 50.00

    17.10. Other financial account:  Robinhood                      $ 0.00

    17.11. Savings account:    Chase Acc***8622 (Business: International Kids Academy, LLC) Authorized user/ Last known balance as of 11/2023 approx. $50.00     $ Unknown

    17.12. Savings account:    Capital One Acc ***9758            $ 547.15

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Texas Families United Inc. | 33 % | $ 0.00 |
    | CS Contracting | 100 % | $ 0.00 |
    | Duponte Disinfecting Services LLC | 50.00 % | $ 300.00 |
    | Big God Energy LLC | 55 % | $ 100.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately

    Type of account    Institution name

    401(k) or similar plan:    401 (k)                        $ 41,546.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    - [x] No
    - [ ] Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    - [x] No
    - [ ] Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - [x] No
    - [ ] Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - [x] No
    - [ ] Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - [x] No
    - [ ] Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - [x] No
    - [ ] Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - [ ] No
    - [x] Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    Yes, although I have filed my 2023 tax return and have received a W2 from International Kids Academy I am unaware if they will be send K1 form and might need to amend my returns, as of this date I am not sure.

    Federal: $ 1.00
    State:   $ 0.00
    Local:   $ 0.00

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - [x] No
    - [ ] Yes. Give specific information....

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - [x] No
    - [ ] Yes. Give specific information....

31. **Interests in insurance policies**
    - [ ] No
    - [x] Yes. Name the insurance company of each policy and list its value....

    Company name: State Farm
    Beneficiary: Jefferson Scott, Son and Kentrice Pace
    Surrender or refund value: $ 4,475.00

32. **Any interest in property that is due you from someone who has died**
    - [x] No
    - [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    - ☐ No
    - ☑ Yes. Give specific information....

    | See Exhibit C &D 2021 & 2022 k-1 Supporting Debtor's interest and Settlement Agreement for 40 shares of stock from International Kids Academy Inc. due in full by 3/2024, See Exhibit E & G. Supporting Settlements Agreement for 40 shares of stock from International Kids Academy Inc. due in full by 3/2024, See Exhibit A. Settlement Agreement for 40 shares of stock from International Kids Academy Inc. due in full by 3/2024, Exhibit B Debtor entitled to reimbursements for payroll expenses. | $ 76,414.95 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☐ No
    - ☑ Yes. Give specific information....

    | International Kids Academy and J. Sweet. See Exhibit A | $ 76,414.95 |

35. **Any financial assets you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..........➤    $ 203,874.21

### Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☐ No
    - ☑ Yes. Describe...

    | Computer $200 (International Kids Academy LLC), Sprayer belonging to Duponte Disinfecting Services LLC | $ 500.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe...

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**
    - ☐ No
    - ☑ Yes. Give specific information ...........

    Big God Energy, LLC inventory: T-shirts (19), Hoodies (10), Leggins (17). Business partner holds possession of inventory at 11017 Maiden Lane, Crawley, TX 76036..    $ 500.00

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................➤     $1,000.00

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☐ No
    - ☒ Yes. Give specific information...

    Printers, Ports, security systems, Lenov laptop, asus laptop , acer laptop, Dell desk tops , 8 tables and 64 chairs. Last known as of 11/2023. Not in possession of property. Inventory part of the 40% share., 2010 MFSAB, Kia Sedona, 2010 Chevy Expess (last know as of 1/2023)

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................➤     $109,580.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................➤                                    $0.00
56. **Part 2: Total vehicles, line 5**                         $ 70,954.82
57. **Part 3: Total personal and household items, line 15**  $ 4,270.00
58. **Part 4: Total financial assets, line 36**                $ 203,874.21
59. **Part 5: Total business-related property, line 45**       $ 1,000.00
60. **Part 6: Total farm- and fishing-related property, line 52** $ 0.00
61. **Part 7: Total other property not listed, line 54**      + $ 109,580.00
62. **Total personal property. Add lines 56 through 61** ...................  $ 389,679.03    Copy personal property total ➤   + $ 389,679.03
63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                              $ 389,679.03

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Calvin Christopher Scott
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the Northern District of Texas

Case number: 24-31493-7
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Calvin Christopher Scott            ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date 10/03/2024                              Date _____
MM / DD / YYYY                               MM / DD / YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**