**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Calvin Christopher Scott
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Texas

Case number (if know): 24-31493-7

☒ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
- ☐ Married
- ☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
- ☒ No
- ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
- ☒ No
- ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
- ☐ No
- ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 45,130.50 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ____ |
| **For last calendar year:**<br>(January 1 to December 31, 2023) | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 142,266.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022) | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 170,423.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ____ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

- [x] No
- [ ] Yes. Fill in the details.

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

- [x] **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

    - [x] No. Go to line 7.
    - [ ] Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

- [ ] Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    - [ ] No. Go to line 7.
    - [ ] Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- [ ] No.
- [x] Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Kentrice Pace**<br>Creditor's Name<br>**3312 Railfence Rd.**<br>Number    Street<br>**Fort Worth TX    76119**<br>City    State    ZIP Code | 06/12/24 | $ 15,000.00 | $ 0.00 | **Repay for Debtor's atty's fees ($7,475.00), family reunion ($3.400.00) vacation, gift ($4,125.00)** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- [ ] No.
- [x] Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Empower 401k**<br>Creditor's Name<br>**P.O. Box 173764**<br>Number    Street<br>    **80217**<br>City    State    ZIP Code | 05/29/2024 | $ 2,933.61 | $ 0.00 | **To payoff one Debtor's 401k loans. See statements submitted.** |

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Admiral Investments, LLC vs. Calvin Scott<br>Case number: JP08-15-DC00000687 | Collection; Date filed: 03/02/2024 | Justice of the Peace Court 8<br>Court Name<br>3500 Miller Avenue<br>Number  Street<br>Fort Worth  TX  76119<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: International Kids Academy Inc. vs. Calvin Scott<br>Case number: 141-352252-24 | ; Date filed: 04/29/2024 | Tarrant County District Court<br>Court Name<br>100 N. Calhoun<br>Number  Street<br>Fort Worth  TX  76196<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☐ No
☑ Yes. Fill in the details

|  | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Kentrice M. Pace<br>Creditor's Name<br>3312 Railfence Rd.<br>Number  Street<br>Fort Worth  TX  76119<br>City  State  ZIP Code | Debtor repaid insider creditor from 401k.<br><br>Last 4 digits of account number: XXXX– | 06/12/2024 | $ 7,475.00 |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Berea Baptist Church<br>Person to Whom You Gave the Gift<br>6901 Forest Hill Drive<br>Number  Street<br>Fort Worth  TX  76140<br>City  State  ZIP Code<br>Person's relationship to you  Church | Tithe | 12/2023 | $ 6,000.00 |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Berea Baptist Church<br>*Person to Whom You Gave the Gift*<br>6901 Forest Hill Drive<br>*Number   Street*<br>Fort Worth  TX   76140<br>*City   State   ZIP Code*<br>Person's relationship to you  Church | Tithes | 12/2022 | $ 2,500.00 |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Audra Scott<br>*Person to Whom You Gave the Gift*<br>6386 Hanger Park Drive<br>*Number   Street*<br>Fort Worth  TX   76119<br>*City   State   ZIP Code*<br>Person's relationship to you  Sister | Cumulative. For various expenses. | 11/2023 | $ 800.00 |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Cassaundra Sims<br>*Person to Whom You Gave the Gift*<br>1017 Maidenhair Lane<br>*Number   Street*<br>Crowley  TX   76036<br>*City   State   ZIP Code*<br>Person's relationship to you<br>Childhood Friend | Cumulative. Past due rent and bills. | 11/2023 | $ 9,117.00 |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Minor (15 years old)<br>*Person to Whom You Gave the Gift*<br>4721 Matthews Court<br>*Number   Street*<br>Fort Worth  TX   76119<br>*City   State   ZIP Code*<br>Person's relationship to you  Niece | Cumulative. For food and clothing. | 05/2024 | $ 5,515.00 |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

### Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Andrew B. Nichols & Associates<br>7920 Belt Line Road<br>Suite 650<br>Dallas TX 75254 | Kentrice Pace paid $ 7,475.00 by cashier's check/remitter. Cashier's check tendered by Calvin Scott. $525.00 by Debtor, via debt card on 5/6/2024. | 05/2024<br>5/20/24 | $ 8,000.00<br>$ ___ |

Email or website address
$7,475.00 paid by Kentrice Pace/Remitter
Person Who Made the Payment, if Not You

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Abacus Credit Counseling<br>15760 Ventura Boulevard<br>Encino CA 91436 | | 04/2024 | $ 25.00<br>$ ___ |

Email or website address
Person Who Made the Payment, if Not You

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Alexander Miller and Krystal Miller<br>4012 Chapel Quarters<br>Tyler TX 75707<br>Person's relationship to you<br>Bonified Purchaser | See Exhibit F HUD1 4012 Chapel Quarters, Tyler TX 75707, $350,000.00 | 106,668.96 | 06/29/2022 |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Chase Acc***3193 (Business: International Kids Academy, LLC) Authorized user/ Last known balance as of 11/2023 approx. $32,000.00 *Name of Financial Institution* | XXXX– __ __ __ | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other ___ | 11/01/2023 | $ Unknown |
| Chase Acc***8622 (Business: International Kids Academy, LLC) Authorized user/ Last known balance as of 11/2023 approx. $50.00 *Name of Financial Institution* | XXXX– __ __ __ | ☐ Checking ☑ Savings ☐ Money market ☐ Brokerage ☐ Other ___ | 11/01/2023 | $ Unknown |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| CubeSmart *Name of Storage Facility* 1761 East Chase Parkway Fort Worth TX 76120 | Kentrice Pace *Name* 4325 Burk Rd. Fort Worth TX 76119 | Sofa $600; TV's (2) $200; Pot, Pan & Small Appliances $300; Tools $500, $1,600.00 | ☐ No ☑ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ☒ No
- ☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

- ☒ No
- ☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☒ No
- ☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☒ An officer, director, or managing executive of a corporation
- ☒ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number / Dates business existed |
|---|---|---|
| International Kids Academy LLC<br>145 Sheffield Drive<br>Fort Worth TX  76134 | Childcare<br><br>JMV Financial Services, 600 Strada Circle, Suite 224 Mansfield, TX 76063 | EIN: 8 4 – 2 5 0 8 9 0 8<br>From 08/01/2019  To Current |
| CS Contracting Group<br>1234 Brown<br>Dallas TX  75231 | Home Handyman & Remodel<br><br>Debtor | EIN: 4 5 – 4 5 2 0 0 2 4<br>From 02/28/2012  To Current |
| Duponte Disinfecting Services LLC<br>17350 State Hwy 249<br>Suite 220 #16967<br>Houston TX  77064 | Covid Cleaning Company<br><br>Debtor | EIN: 8 5 – 2 2 0 9 7 5 4<br>From 06/27/2020  To 03/01/2021 |

AMENDED

Debtor __Calvin Christopher Scott__ Case number *(if known)* __24-31493-7__
     First Name  Middle Name  Last Name

| | | |
|---|---|---|
| **Business Name:** Texas Families United Inc. <br> **Number/Street:** 7334 Kingswood Circle <br> **City/State/ZIP:** Fort Worth TX 76133 | **Describe the nature of the business** <br> Nonprofit Help Homeless Families <br><br> **Name of accountant or bookkeeper** <br> Debtor | **Employer Identification number** <br> Do not include Social Security number or ITIN. <br><br> **EIN:** 8 7 – 6 3 2 2 9 8 7 <br> **Dates business existed** <br><br> From 11/16/2021  To Current |
| **Business Name:** Big God Energy LLC (Inactive) <br> **Number/Street:** 1017 Maidenhair Lane <br> **City/State/ZIP:** Crowley TX 76036 | **Describe the nature of the business** <br> Clothing Brand <br><br> **Name of accountant or bookkeeper** <br> | **Employer Identification number** <br> Do not include Social Security number or ITIN. <br><br> **EIN:** 9 3 – 1 6 7 2 4 6 2 <br> **Dates business existed** <br><br> From 05/26/2023  To Current |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

- ☑ No. None of the above applies. Go to Part 12.
- ☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor  __Calvin Christopher Scott__  Case number *(if known)* __24-31493-7__
      First Name　Middle Name　Last Name

| **Part 12:** | **Sign Below** |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ /s/ Calvin Christopher Scott　　　　　　　　　　✘ _____
Signature of Debtor 1　　　　　　　　　　　　　　Signature of Debtor 2

Date  10/03/2024　　　　　　　　　　　　　　　　Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____　Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).